AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the
### Western District of Arkansas

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
**FILED**

**SEP 2 7 2010**

CHRIS R. JOHNSON, CLERK

|  |  |
|---|---|
| David Stebbins | ) |
| *Plaintiff* | ) |
| v. | ) |
| Full Sail University | ) |
| *Defendant* | ) |

Civil Action No. 10-3090

BY _____ DEPUTY CLERK

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
not applicable

My gross pay or wages are:  $ _____ 0.00  , and my take-home pay or wages are:  $ _____ 0.00  per

*(specify pay period)* _____ n/a _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☑ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*
I receive $674 in SSI each month. I also get Federal Housing Choice vouchers, which reduce my rent to the below-stated amount.

AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 130.66 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
I have a car, which is probably worth less than one thousand dollars in its current condition (Progressive Auto Insurance gave an estimate of $1,750.00, but that was assuming that the car is in mind condition, which it is not).

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
Rent: $192
Phone:  $25
Student loan:  $29
Internet:  $35

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
I have tens of thousands of dollars in student loan debts.  I also have a delinquent credit card of $900.

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____ 09/21/2010 _____

_Applicant's signature_

David Stebbins
*Printed name*