IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                                                        PLAINTIFF

v.                                    Civil No. 10- 3090

FULL SAIL UNIVERSITY                                                 DEFENDANT

### ORDER

David A. Stebbins, a resident of Harrison, Arkansas, submitted this *pro se* action for filing. The Clerk is directed to file the complaint and application to proceed *in forma pauperis* (IFP).

Plaintiff contends Full Sail University has violated the provisions of Title III of the Americans with Disabilities Act as well as section 504 of the Rehabilitation Act. He maintains Full Sail University failed to make reasonable modifications in it's policies despite the fact that he has Asperger Syndrome. He asserts his disability makes him tactless and prone to anger outbursts. As a result, he alleges Full Sail University employees have refused to speak with him on several occasions. He also maintains they have insisted he provide medical documentation before he can enroll.

On August 4, 2010, Stebbins filed a similar action against Full Sail University. *Stebbins v. Full Sail University*, Civil No. 10-3072. The case was transferred to the Middle District of Florida because venue was appropriate there. Stebbins has filed a motion in the Florida case asking that it be transferred back to this district.

Stebbins maintains it was an error to transfer Civil No. 10-3072 to Florida. He asserts that personal jurisdiction over the defendant exists in this court. In making this argument, Stebbins is confusing the concepts of personal jurisdiction and venue. Civil No. 10-3072 was transferred because venue was appropriate in the Middle District of Florida not because this court lacked personal jurisdiction over the defendant. No analysis of defendant's contacts with this forum was made as is required to determine if this court has personal jurisdiction over the defendant.

This case will be filed and the court will wait until Stebbins' motion to transfer has been ruled on in *Stebbins v. Full Sail University*, Civil No. 6:10-cv-1165 to determine whether service should be ordered on the defendant. Stebbins is directed to notify the court as soon as his motion to transfer has been ruled on by the Middle District of Florida. The motion to proceed *in forma pauperis* is granted.

IT IS SO ORDERED this 27 day of September 2010.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 27 2010

CHRIS R. JOHNSON, CLERK

BY           DEPUTY CLERK

HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE