```
            UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HARRISON DIVISION

DAVID A. STEBBINS                                    PLAINTIFF

vs.                      CASE NO. 10-3090

FULL SAIL UNIVERSITY                                 DEFENDANT
```

                                ORDER

Now on this 13th day of December, 2010, the above referenced matter comes on for this Court's consideration of plaintiff's motion (document #4) which has been filed as a motion for reconsideration. The Court finds and orders as follows:

   1.   As Magistrate Judge Marschewski noted in his September 27, 2010 Order, plaintiff filed an action against Full Sail University on August 4, 2010, *Stebbins v. Full Sail University,* Civil No. 10-3072. That case was transferred to the Middle District of Florida because venue was appropriate there.

   2.   Stebbins has filed a motion in the Florida case asking that it be transferred back to this district.

   3.   The instant action maintains that it was error to transfer 10-3072 to Florida.  Judge Marschewski stayed this action in August, directing Stebbins to notify the Court as soon as his motion to transfer has been ruled on by the Middle District of Florida.  The instant motion, filed as a motion for reconsideration, continues to argue that venue is correct.

   4.   The Court finds that the instant motion should be, and hereby is, **denied as moot**, and again directs Stebbins to notify the Court as soon as his motion to transfer has been ruled on by the

                                  1

Middle District of Florida.

    IT IS SO ORDERED.

                                                  <u>/S/JIMM LARRY HENDREN</u>
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE