U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 21 2010

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                      PLAINTIFF

vs.                              Civ. No. 10-3090

FULL SAIL UNIVERSITY                                         DEFENDANTS

## NOTICE OF APPEAL

Comes now Plaintiff David Stebbins, who respectfully files the following notice of appeal.

I was discriminated against by Full Sail University, an online college which is headquartered in Winter Park, FL, which is located in the Orlando Metro Area, for failure to provide reasonable accommodations for my Asperger Syndrome, a neurological disability that makes me tactless and prone to anger. I filed suit in the Western District of Arkansas, believing that Full Sail, being an online college, had established minimum contacts in the Western District of Arkansas, via the Zippo Test. The Zippo Test states that, for Internet cases, the likelihood of minimum contacts is directly proportional to the amount of commercial activity being engaged in, over the Internet. Considering that I was signing up for a $54,000.00 online college course, that is a lot of commercial activity.

Despite this, the Honorable Jimm L. Hendren transferred the case to the Middle District of Florida, believing venue to be proper there. He claimed that I was confusing minimum contacts with venue. I researched the term "venue," and realized that I was, indeed, mistaken.

However, it did not change the fact that he erred in transferring the case. Since Full Sail University is owned by Full Sail, Inc., that makes it a corporation. A corporation has proper venue where ever it establishes minimum contracts.

Therefore, for the purposes of this case, there is no difference between venue and personal jurisdiction. They are one in the same, in this case. In this case, the differences in their definitions are no greater than that of "lawyer" and "attorney."

I timely filed a motion to reconsider in the Western District of Arkansas, but the Honorable Judge Hendren denied the motion as moot.

Perhaps the motion should be denied, but it should not have been denied *as moot*. Venue is a very important legal issue.

Not only that, but Judge Hendren clearly erred in ruling that venue is improper in the Western District of Arkansas.

I do not know the date when this motion for reconsideration was denied as moot, as the date was not included in the order. However, I received the order on Wednesday, December 15, 2010. I am writing this motion on Friday, November 17, 2010. Therefore, my appeal is timely.

Wherefore, I respectfully pray that you reverse the Honorable Jimm Hendren's ruling, and rule that venue is proper in the Western District of Arkansas, and remand the case back to the District Court for further proceedings, compliant with that ruling.

It is so requested, on this 17th day of December, 2010.

Sincerely,

David Stebbins

 


U.S. District Court,
35 E. Mountain St.
Room 510
Fayetteville, AR 72601

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601