U.S. COURT OF APPEALS – EIGHTH CIRCUIT

## NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case)

United States District Court - Western District of Arkansas - Harrison Division

Civil Case no. 3:10CV3090;   David Stebbins v. Full Sail University

|  |  |  |
|---|---|---|
| Financial Status: Fee Paid? | Yes ___ | No _X_ |
| If NO, has IFP been granted? | Yes _X_ | No ___ |
| Is there a pending motion for IFP? | Yes ___ | No _X_ |
| Are there any other post - judgment motions? | Yes ___ | No _X_ |

Please identify the court reporter.

If no court reporter, please check _X_

Name _____

Address _____

_____   Telephone Number _____

**Criminal cases only:**

Is the defendant incarcerated?          Yes _____   No _____

Please list all other defendants in this case, if there were multiple defendants.

_____

**Special Comments**: _____

_____