# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-1017

David Anthony Stebbins

Appellant

v.

Full Sail University

Appellee

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:10-cv-03090-JLH)
_____

**MANDATE**

In accordance with the opinion and judgment of 03/16/2011, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 06, 2011

Clerk, U.S. Court of Appeals, Eighth Circuit