# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 11-1017

_____

David Stebbins

Plaintiff - Appellant

v.

Full Sail University

Defendant - Appellee

------

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:10-cv-03090-JLH)

------

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the appeal is dismissed for lack of jurisdiction in accordance with the opinion of this court.

March 16, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
           /s/ Michael E. Gans