IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID A. STEBBINS                                                PLAINTIFF

v.                Civil No. 10-3090

FULL SAIL UNIVERSITY                                 DEFENDANT

## **REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

David A. Stebbins, a resident of Harrison, Arkansas, proceeds in this case *pro se* and *in forma pauperis*. Stebbins contends Full Sail University has violated the provisions of Title III of the Americans with Disabilities Act as well as section 504 of the Rehabilitation Act. He maintains Full Sail University failed to make reasonable modifications in it's policies despite the fact that he has Asperger Syndrome. He asserts his disability makes him tactless and prone to anger outbursts. As a result, he alleges Full Sail University employees have refused to speak with him on several occasions. He also maintains they have insisted he provide medical documentation before he can enroll.

On August 4, 2010, Stebbins filed a similar action against Full Sail University. *Stebbins v. Full Sail University*, Civil No. 10-3072. The case was transferred to the Middle District of Florida because venue was appropriate there. When he filed this case, Stebbins stated he had filed a motion in the Florida case asking that it be transferred back to this district. *Stebbins v. Full Sail University*, Civil No. 6:10-cv-1165.

On October 25, 2010, a report and recommendation was entered in Civil No. 6:10-cv-1165. United States Magistrate Judge Greogory J. Kelly recommended that the case be

dismissed based on Stebbins' failure to obey an order of the Court.  On November 2nd, Stebbins filed a motion to transfer the case back to this Court and a motion to reinstate the case.  By order entered on November 30th, the case was dismissed by United States District Judge John Antoon II.

To date, Stebbins has failed to notify this Court of the dismissal of Civil No. 6:10-cv-1165.  I therefore recommend that this case be dismissed based on Stebbins failure to obey the order of this Court and his failure to prosecute this action.  Fed. R. Civ. P. 41.

**Stebbins has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 14th day of April 2011.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)