```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       HARRISON DIVISION
```

DAVID STEBBINS                                              PLAINTIFF

v.                      Case No. 3:10-CV-03090

FULL SAIL UNIVERSITY                                        DEFENDANT

## O R D E R

On this 12th day of May 2011, there comes on for consideration the Report and Recommendations (Doc. 12) filed in this case on April 14, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED this 12th day of May 2011.

/s/ Paul K. Holmes, III
**Paul K. Holmes, III**
**United States District Judge**